NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIGHT RESPONSE, LLC, FORMERLY KNOWN AS POLARIS IP, LLC,**
*Plaintiff-Appellee,*

v.

**YAHOO! INC.,**
*Defendant-Appellant.*

---

2012-1045

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0371, Magistrate Judge Charles Everingham.

---

**ON MOTION**

---

**ORDER**

Yahoo! Inc. moves without opposition for a 60-day extension of time, until February 28, 2012, to file its opening brief. The court notes that a motion to stay this appeal was granted on December 21, 2011.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

JAN 0 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Andrew D. Weiss, Esq.
     Jason C. White, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 0 5 2012

**JAN HORBALY**
**·  CLERK**